UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reed,<br><br>                Plaintiff(s),<br><br>       v.<br><br>Veriff OU et al.,<br><br>                Defendant(s). | 26-CV-465 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

On January 21, 2026 this Court issued an order of reference to Magistrate Judge Willis for general pretrial purposes, dispositive motions, and class certification.  ECF No. 8.  On January 23, 2026, Plaintiffs filed an unopposed motion to consolidate the above captioned case with *Stockton v. Veriff OU et al.*, 26-cv-520 (JLR) and *McLaughlin v. Veriff OU et al.*, 26-cv-566 (JMF).  ECF No. 9.

In light of the pending motion, the Court hereby withdraws its order of reference to Magistrate Judge Willis for all purposes.

SO ORDERED.

Dated: February 12, 2026
      New York, New York

                                                  DALE E. HO
                              United States District Judge