UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reed,<br>              Plaintiff,<br>     v.<br>Veriff OU et al.,<br>              Defendants. | 26-CV-465 (DEH) |
| McLaughlin,<br>              Plaintiff,<br>     v.<br>Veriff OU et al.,<br>              Defendants. | 26-CV-566 (JMF) |
| Stockton,<br>              Plaintiff,<br>     v.<br>Veriff OU et al.,<br>              Defendants. | 26-CV-520 (JLR)<br><br>ORDER |

DALE E. HO, United States District Judge:

On January 21, 2026, a motion to consolidate the above-captioned cases was filed on the docket of *Reed v. Veriff OU*, 26-CV-465 (DEH).  ECF No. 9.  The motion states that Plaintiffs in all three cases consent to consolidation.  By **February 27, 2026**, Defendants in the above-captioned cases shall file a joint letter on the *Reed v. Veriff OU* docket indicating whether they consent to consolidation.  If Defendants do not consent to consolidation, the letter shall propose a briefing schedule on the motion.

SO ORDERED.

Dated: February 25, 2026
       New York, New York

                                                                    _____
                                                                              DALE E. HO
                                                                    United States District Judge