UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reed,<br><br>                    Plaintiff,<br><br>          v.<br><br>Veriff OU et al.,<br><br>                    Defendants. | 26-CV-465 (DEH) |
| McLaughlin,<br><br>                    Plaintiff,<br><br>          v.<br><br>Veriff OU et al.,<br><br>                    Defendants. | 26-CV-566 (JMF) |
| Stockton,<br><br>                    Plaintiff,<br><br>          v.<br><br>Veriff OU et al.,<br><br>                    Defendants. | 26-CV-520 (JLR)<br><br>ORDER |

DALE E. HO, United States District Judge:

On January 21, 2026, a motion to consolidate the above-captioned cases was filed on the docket of *Reed v. Veriff OU*, 26-CV-465 (DEH). *Reed v. Veriff OU et al.*, 26-CV-465, ECF No. 9. The motion requests the Court: (1) consolidate the above-captioned cases with *Reed*, 26-CV-465; (2) appoint interim co-lead class counsel; (3) stay the related actions; and (4) require the filing of a consolidated complaint within 30 days. Pursuant to the Court's February 25, 2026 Order, *id.*, ECF No. 19, the Defendants filed a joint letter, *id.*, ECF No. 22, in which Defendants stated they do not oppose consolidation. The motion is **GRANTED** in part and **DENIED** in part.

The Court has reviewed the motion to consolidate and has determined that, because the above-captioned matters involved common questions of law and fact, consolidation is appropriate pursuant to Fed. R. Civ. P. 42(a) in the interests of judicial economy. The motion to consolidate is **GRANTED**. Plaintiffs shall file a consolidated complaint within 30 days of this Order.

The motion to consolidate also requests that the Court "appoint Plaintiff's leadership structure consisting of Mariya Weeks of Milberg, PLLC, Courtney Maccarone of Kopelowitz Ostrow, P.A., and Neil Williams of Siri & Glimstad LLP[.]" *Id.*, ECF No. 9 at 2.  That request is **DENIED WITHOUT PREJUDICE**.  Plaintiffs may renew this request at the time they file the consolidated complaint, after which time the Court will consider the appointment of interim co-lead class counsel.

The Court notes that all of the above-captioned matters have been stayed pending resolution of this motion.  *See id.*, ECF No. 18; *McLuaghlin v. Veriff OU et al.*, 26-cv-566, ECF No. 13; *Stockton v. Veriff OU et al.*, 26-cv-520, ECF No. 11.  Pursuant to those Orders, Defendants shall respond to the consolidated complaint within 45 days of its filing.

The Clerk of Court is respectfully directed to consolidate the above-captioned matters with *Reed v. Veriff OU et al.*, 26-CV-465.

SO ORDERED.

Dated: March 2, 2026
    New York, New York

_____
DALE E. HO
United States District Judge

2